# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HSBC BANK USA, N.A., AS INDENTURE TRUSTEE FOR THE REGISTERED NOTEHOLDERS OF RENAISSANCE HOME EQUITY LOAN TRUST 2006-2 | CASE NUMBER:1:13-cv-3435 |
| PLAINTIFF | |
| VS. | DISTRICT JUDGE: Ruben Castillo |
| ROBERTO MURILLO, SILVIA MURILLO, HSBC NEVADA, N.A. F/K/A HOUSEHOLD BANK, VILLAGE OF EVERGREEN PARK, A MUNICIPAL CORPORATION, | MAGISTRATE JUDGE: Young B. Kim |
| DEFENDANT(S). | |

## MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE

Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court.

Respectfully submitted,

　/s/ Julia M. Bochnowski　
One of Plaintiff's Attorneys

Burke Costanza & Carberry LLP
JULIA M. BOCHNOWSKI  #6301499
150 N. Michigan Ave, Suite 800
Chicago, IL 60601
(219) 769-1313

{File: 00866105.DOC}